UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL HAURY, and HAURY, INC.,

    Plaintiffs,

vs.

Case No. 10-CV-14150
HON. GEORGE CARAM STEEH

FRANCHISE CONCEPTS, INC.,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION (DOC #16)

On December 2, 2010, following a conference in chambers, the court indicated on the record its intention to grant plaintiffs' motion to remand upon the filing of a declaration from plaintiffs, limiting their total recover to $75,000 or less. Defendant filed this motion for reconsideration on December 7, 2010.

Local Rule 7.1(g)(3) of the Local Rules of the United States District Court for the Eastern District of Michigan provides:

> [M]otions for rehearing or reconsideration which merely present the same issues ruled upon by the court, either expressly or by reasonable implication, shall not be granted. The movant shall not only demonstrate a palpable defect by which the court and the parties have been misled but also show that a different disposition of the case must result from a correction thereof.

The court finds that defendant's motion simply reiterates earlier arguments which have been previously considered and addressed. In the alternative, defendant requests attorney fees incurred in removal and opposing plaintiff's motion for remand. The court

denies defendant's request for attorney fees.  Accordingly,

IT IS ORDERED that plaintiff's motion for reconsideration is hereby DENIED.

So ordered.

Dated:  December 13, 2010

S/George Caram Steeh<br>
GEORGE CARAM STEEH<br>
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
December 13, 2010, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk

---